# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

United States of America

v.

Christopher Raines

Case No: 5:21-CR-3-003

USM No: 94107-020

Date of Original Judgment: 02/03/2022
Date of Previous Amended Judgment: N/A
*(Use Date of Last Amended Judgment if Any)*

Dwight Lowell Thomas
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2) (Amendment 821)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by Amendment 821 to the *United States Sentencing Guidelines*, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 135 months **is reduced to** 120.

Christopher Raines was originally sentenced on February 1, 2022, to a total term of 135 months imprisonment (135 months imprisonment as to Count One and 60 months imprisonment as to Count Nine, to be served concurrently). The defendant's criminal convictions resulted in a subtotal criminal history score of three. An additional two points were added since he committed the instant offense while under a criminal justice sentence. His total criminal history score was five, which established a Criminal History Category III. Based on a Total Offense Level 29, a Criminal History Category III, and the statutorily authorized minimum sentence of ten years as to Count One, the guideline imprisonment range was 120 to 135 months. As to Count Nine, the guideline sentence was 60 months based on the statutorily authorized maximum sentence.

Part A of Amendment 821 of the United States Sentencing Guidelines eliminated "status points" for being under a criminal justice sentence at the time of the instant offense for defendants with six or fewer criminal history points. The defendant's total criminal history score would be reduced to three which establishes a Criminal History Category II. Based on a Total Offense Level 29, a Criminal History Category II, and the statutorily authorized minimum sentence, the guideline imprisonment range as to Count One will be 120 to 121 months. The guideline sentence remains 60 months as to Count Nine based on the statutorily authorized maximum sentence.

The government agrees the defendant is eligible for relief. Therefore, the Court grants the sentence reduction, and the new imprisonment sentence, as to Count One will be 120. The guideline sentence remains 60 months as to Count Nine based on the statutorily authorized maximum sentence, which will run concurrent to Count One, for a total imprisonment sentence of 120 months.

Except as otherwise provided, all provisions of the judgment dated 02/03/2022 shall remain in effect.

**IT IS SO ORDERED**

Order Date: 2/15/24

Effective Date: 2/25/24
*(if different from order date)*

*Judge's signature*

Tilman E. Self, III, U.S. District Judge
*Printed name and title*